

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00821-CV

Larry **LANGSTON**,
Appellant

v.

Tom **HAYDEN** and Shirley Hayden,
Appellees

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2019-CV-0211
Honorable Bill Squires, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 29, 2020.

_____
Rebeca C. Martinez, Justice